IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-02853-WYD-BNB

JOSEPH G. SPINELLA, Derivatively On Behalf of AGFEED INDUSTRIES, INC.,

      Plaintiff,

v.

JOHN A. STADLER;
K. IVAN F. GOTHNER;
BRUCE GINN;
MILTON P. WEBSTER, III;
LIXIANG ZHANG;
DAVID MICHAEL JOHNSON;
SONGYAN LI;
ARNOLD STALOFF;
FREDRIC RITTEREISER; and
JUNHONG XIONG,

      Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Notice of Voluntary Dismissals filed on

January 18, 2012 by Plaintiff Joseph G. Spinella in this action and by the Plaintiffs in

another related case, Civil Action No. 11-cv-02914-CMA-CBS.  These Plaintiffs had

previously filed a motion to consolidate the two actions that is pending before the Court.

As the cases are not yet consolidated, this Order is entered only in this action.  In

accordance with the Notice of Voluntary Dismissal, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  January 18, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge